# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 06, 2016

Christopher Ugochukwu
F.C.I. Yazoo City - Low
P.O. Box 5000
Yazoo City, MS 39194

      Re:  Case No. 15-4254, *USA v. Christopher Ugochukwu*
           Originating Case No. : 1:10-cr-00405-1

Dear Sir,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                  Sincerely yours,

                                  s/Roy G. Ford
                                  Case Manager
                                  Direct Dial No. 513-564-7016

cc:  Ms. Michelle M. Baeppler
      Ms. Geri M. Smith

Enclosure

No mandate to issue